IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                                                   **PLAINTIFF**

v.                             No. 3:16-cv-248-DPM

**JOHN BRADLEY,**
**Chief Public Defender, Blytheville**                                          **DEFENDANT**

ORDER

1. Bills hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 20 October 2016. If he doesn't, then this case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Bills an application to proceed *in forma pauperis*. If the Court grants Bills permission to proceed *in forma pauperis*, he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2016