IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLESTER BILLS                                                                      PLAINTIFF

v.                                          No. 3:16-cv-248-DPM

JOHN BRADLEY, Chief Public Defender,
Blytheville                                                                         DEFENDANT

ORDER

Motion, № 6, denied without prejudice. This case is stayed; and nothing can happen in this case until Bills's state case is resolved. № 5 at 2.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017