IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                                     **PLAINTIFF**

v.                      No. 3:16-cv-248-DPM

**JOHN BRADLEY**, Chief Public Defender,
Blytheville                                             **DEFENDANT**

### ORDER

Motion to voluntarily dismiss, № 9, granted. The stay is lifted. The Court will dismiss Bills's complaint without prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2017