IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CLESTER BILLS**                                                      **PLAINTIFF**

v.                         No. 3:16-cv-248-DPM

**JOHN BRADLEY**, Chief Public Defender,
Blytheville                                               **DEFENDANT**

## JUDGMENT

Bills's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

21 September 2017